1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 5:25-po-00083-CDB
12 |           Plaintiff,              | [Citation #E1754139, CA/14]
13 | v.                                |
14 | BENJAMIN J. RAMIREZ,              | MOTION TO AMEND LISTED COLLATERAL
                                         AMOUNT ON CITATION
15 |           Defendant.              |

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #E1754139,

20 CA/14] in Case No. 5:25-po-00083-CDB against BENJAMIN J. RAMIREZ, so that the listed total

21 collateral amount is $380.00.

22

23 DATED: March 26, 2025                         Respectfully submitted,

24                                               MICHELE BECKWITH
                                                 Acting United States Attorney
25
                                          By:    /s/ *Chan Hee Chu*
26                                               CHAN HEE CHU
                                                 Assistant United States Attorney
27

28

                                                              USA v. Ramirez
                                                              Case No. 5:25-po-00083-CDB

**O R D E R**

IT IS HEREBY ORDERED that [Citation #E1754139, CA/14] in Case No. 5:25-po-00083-CDB against BENJAMIN J. RAMIREZ, is amended to reflect the listed total collateral amount is reduced to $380.00.

IT IS SO ORDERED.

Dated: **March 27, 2025**

_____
UNITED STATES MAGISTRATE JUDGE